UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MIRELES GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>Respondents. | Case No.: 3:26-cv-0586-CAB-SBC<br><br>**ORDER REQUIRING A BOND HEARING** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], filed by Petitioner Marco Mireles Gutierrez. Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of the Immigration and Nationality Act ("INA") and the Fifth Amendment. [Petition at 9–10.]

Respondents' return to the Petition "acknowledge[s] that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4 at 2.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **February 23, 2026**.

///

1  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond
2  hearing by **February 26, 2026**.
3          It is **SO ORDERED**.
4  Dated: February 9, 2026

                                        _____
                                        Hon. Cathy Ann Bencivengo
                                        United States District Judge